GONZALO R. GONZALES
(Name)

480 ALTA ROAD
(Address)

SAN DIEGO, CALIFORNIA 92179
(City, State, Zip)

C-74420
(CDCR / Booking / BOP No.)

**FILED**

FEB 2 5 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# United States District Court
## Southern District of California

GONZALO R. GONZALES, ET AL )
(Enter full name of plaintiff in this action.) )
)
                                 Plaintiff, )   Civil Case No. **'26CV1304 JES  SBC**
)   (To be supplied by Court Clerk)
v. )
)
JEFF MCOMB, SECRETARY of C.DCR., )   Complaint under the
A. ACUVEDO, ACTING )   Civil Rights Act
WARDEN, DOCTORS S. ROBERTS, )   42 U.S.C. § 1983
DR. M SANTOS, DOCTORS ETAL. )
(Enter full name of each defendant in this action.) )
                               Defendant(s). )
)

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

42 U.S.C. §1983, 28 U.S.C. 1331, CONSPIRACY.

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, GONZALO R. GONZALES,
(print Plaintiff's name)
AN INMATE, who presently resides at R. J. DONOVAN
(mailing address or place of confinement)
_____, were violated by the actions of

the below named individuals. The actions were directed against Plaintiff at_____

R.J. DONOVAN _____ on (dates) 9-12-2024, 10-7-2024, and 1-1-2025
(institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)
COUNT 4.

§ 1983 SD Form
(Rev 5/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant __M. MCOMB__ resides in __SACRAMENTO COUNTY__
    (name)     (County of residence)
and is employed as a __SECRETARY OF C.D.C.R.__. This defendant is sued in
    (defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both ) Explain how this defendant was acting under
color of law: __DEFENDANT KNEW THAT R. J. DONOVAN__
__DOCTOR(S) CARRIED OUT THE HARM TO DESTROY__
__THE LIVES OF INMATES.__

Defendant __A. ACEVEDO__ resides in __SAN DIEGO__,
    (name)     (County of residence)
and is employed as a __WARDEN OF R. J. DONOVAN__. This defendant is sued in
    (defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _____

_____

Defendant __S. ROBERT__ resides in __SAN DIEGO COUNTY__,
    (name)     (County of residence)
and is employed as a __DOCTOR__. This defendant is sued in
    (defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _____

_____

Defendant __M. SANTOS__ resides in __SAN DIEGO COUNTY__
    (name)     (County of residence)
and is employed as a __DOCTOR__. This defendant is sued in
    (defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: __WITH DELIBERATE INTENT, ATTEMPTED TO HARM__
__AND DESTROY THE HEALTH AND LIFE OF__
__PLAINTIFF GONZALES. DEFENDANT SANTOS HAS__
__TRIED AND HARMED OTHER INMATES AT__
__R. J. DONOVAN. HIS DELIBERATE INTENT IS__
__COMMON KNOWLEDGE TO MANY__

C. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: RIGHT TO MEDICAL CARE, CRUEL AND UNUSUAL PUNISHMENT, AND RACIAL BIAS.

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

DR. MICHAEL SANTOS TRIED TO COVER-UP PLAINTIFF GONZALES HAD CANCER AND BLOCKED HIS ACCESS TO MEDICAL TESTS, ALONG WITH HOLDING A MEDICAL CT SCAN THAT WAS STOPPED BY R.J.D. DOCTORS. THE DEFENDANTS ARE ACTING IN CONCERT IN A CONSPIRACY AGAINST PLAINTIFF GONZALES. THE DEFENDANT(S) WITHHELD CRUCIAL MEDICAL TESTS, AND CT SCANS REVEALING HE HAD CANCER. ALSO, THE DIET OF "MEALS ON WHEELS" PRESCRIBED BY U.C.S.D.'S ONCOLOGIST. PLAINTIFF CONTACTS THE FEDERAL RECEIVER AND HEADQUARTERS ABOUT ALL THESE FACTS THE DEFENDANT(S) WANTED TO TERMINATE GONZALES'S LIFE AND BY HIDING THE CANCER DIAGNOSIS IN A TIMELY FASHION. ALL C.D.C.R. EXHAUSTION OF ISSUES COMPLETED. MEDICAL MALPRACTICE FOUND. SUPPLEMENTAL FILINGS FORTHCOMING BY PLAINTIFF GONZALES. SUPPLEMENTAL EXHIBITS FORTHCOMING AFTER FILING IS COMPLETE.

EXHAUSTION COMPLETED.

§ 1983 SD Form
(Rev. 5/15)

3

Count 3: The following civil right has been violated: _His RIGHT TO MEDICAL CARE, FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT._

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

DISABLED A.D.A. PRISONER. PLAINTIFF GONZALES IS WHEELCHAIR BOUND AND CANNOT WALK DUE TO AN ACCIDENT WHILE WORKING AS A "COFFEE ROASTER" AT MULE CREEK STATE PRISON. THE DOCTORS ARE DELIBERATELY INDIFFENT TO HIS D.P.W. WHEELCHAIR BOUND MEDICALLY DISABLED CONDITION.

A.D.A. VIOLATIONS PLAINTIFF GONZALES IS VULNERABLE TO BEING ATTACKED BY CELLMATES WHILE IN HIS WHEELCHAIR AND R.J. DONOVAN HAS ATTEMPTED HAVE PREDATORY CELL PARTNERS BECOME HIS CELL PARTNER WHICH PLAINTIFF REFUSED BECAUSE IT'S CRUEL AND UNUSUAL PUNISHMENT. THE DOCTORS CONSPIRED TO DENY HIM A "SINGLE CELL STATUS" AS OTHER INMATES HAVE WHO ARE DISABLED, WHEELCHAIR BOUND. SURGERY IS PENDING.

SUPPLEMENTAL FILINGS WITH FACTUAL FILINGS WILL BE SENT TO THE CLERK'S OFFICE AT THE U.S. DISTRICT COURT. PLAINTIFF RESERVED THE RIGHT TO FILE THE SUPPLEMENTAL EXHIBITS AND FILINGS.

§ 1983 SD Form

5

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:

Plaintiffs: G. R. GONZALES

Defendants: C.D.C. AND CORRECTIONAL C. O.'S

(b) Name of the court and docket number: U.S. DIST COURT E. D. OF CALIFORNIA.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] RELEASED TO THE G. P. IN 1990. DISMISSED AFTER LONG PROCEDURES.

(d) Issues raised: THE C.D.C. INFORMANT SYSTEM. MULTIPLE ISSUES. CONDITIONS OF CONFINEMENTS. ABUSE OF AUTHORITY.

(e) Approximate date case was filed: 1988

(f) Approximate date of disposition: 1990.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

602 APPEALS EXHAUSTED HEADQUARTERS MEDICAL APPEALS EXHAUSTED.

§ 1983 SD Form
(Rev 8/15)

6

E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

*PERMANENT INJUNCTION AND RELIEF TO ALLOW MEDICAL CARE AND ALLOW THE MEDICAL DIET PRESCRIBED BY DR. R. WHITE, M.D. T.R.O. TO CEASE AND DESIST MEDICAL HARM.*

2. Damages in the sum of $ *TO BE DETERMINED BY A JURY*

3. Punitive damages in the sum of $ *BY A JURY TRIAL.*

4. Other:_____

F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

FEBRUARY 10, 2026
Date

_____
Signature of Plaintiff

FD-465 (8-29-73)

*(handwritten in left margin, vertical)* CIVIL RIGHTS INVESTIGATION REQUESTED BY THE F.B.I.

# AUTHORITY TO RELEASE MEDICAL INFORMATION

I hereby authorize any Special Agent or other authorized representative of the Federal Bureau of Investigation bearing this release within one year of its date to obtain information available from my past or present medical records contained in any hospital, clinic or other medical facility or from any doctor, physician or examining medical official. I request that the custodian of such records in each instance permit my records in connection therewith to be examined, copied or otherwise reviewed.

I hereby release any such hospital, clinic or medical facility or any examining physician, doctor or other such qualified examiner from any liability resulting herefrom.

Full Name *Gonzalo Robert Gonzales* (Signature)

Full Name *GONZALO ROBERT GONZALES* (Print)

Parent or Guardian (if required) _____ (Signature)

Date  6/12/86

Current Address ~~[redacted]~~

*R. J. DONOVAN*

Witness *Ronald L. Huppert* (Special Agent) Federal Bureau of Investigation

```
STATE OF CALIFORNIA              REQUESTED FOR:CASDCORRECTIONS
DEPARTMENT OF JUSTICE            ATTN:
BUREAU OF CRIMINAL               REQUESTED BY:CA0349400   MNEMONIC:CJIE
IDENTIFICATION                   DATE:09-16-96  TIME-13:01:21  PAGE:001
```

```
CRIMINAL HISTORY TRANSCRIPT              FOR OFFICIAL USE ONLY
        *UNAUTHORIZED USE IS A CRIMINAL OFFENSE*
```

***III CALIFORNIA ONLY RECORD

| CII NUMBER | DOB | SEX | RACE | HGT | WGT | EYE | HAIR | POB |
|---|---|---|---|---|---|---|---|---|
| A07301695 | 06-20-1960 | M | HISPANIC | 509 | 195 | BRO | BRO | CA |

NAMES
01 GONZALES,GONZALO              02 GONZALES,GONZALO ROBERT

MISCELLANEOUS NUMBERS
FBI-201958AA9
CDL-N6705443      C0710588
SOC-555137691
INN-CDC-C074420

SCARS/MARKS/TATTOOS
SC R CHK

OCCUPATIONS
VACUME TECH

FPC HENRY
18 L 1 U   IMO 17
   M 2 UI I I 16

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|---|---|---|---|---|

*GUN PERMIT 1981    WELLS FARGO SECURITY OFFICER*

APPLICANT
12-11-80  CASGCOLLECT & INVEST SERV  01    01  APPLICANT LICENSE OR
          SACRAMENTO                            PERMIT
          279320

(CONTINUED PAGE 002)                                        01982



MR. GONZALO R. GONZALES C-74420
R.J. DONOVAN A-4-120
480 ALTA ROAD
SAN DIEGO, CALIFORNIA 92179

RECEIVED

FEB 2 5 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CONFIDENTIAL
LEGAL MAIL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
OF CALIFORNIA

**TO: 333 West Broadway**
**Suite 420**
**San Diego, CA 92101**

URT
STE 420
A 92101

J. Lamont 769546
02/11/26